# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-421
_____

IDA K. BRADY, as Personal
Representative of the Estate of
Samuel S. Brady, deceased,

    Appellant,

    v.

COASTAL VASCULAR AND
INTERVENTIONAL CENTERS,
L.L.C., a Florida Limited
Liability Company, and HARRY
RALPH CRAMER, JR., M.D.,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

June 5, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert A. Ader and Elizabeth B. Hitt of Ader & Hitt, P.A., Miami, for Appellant.

Terrie L. Didier, Thomas F. Gonzalez, and Jena M. Wise of Beggs & Lane, Pensacola, for Appellees.